AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Southern District of New York

| Fermin Rendon Campos, et. al. | ) |
|---|---|
| *Plaintiff* | ) |
| v. | ) Case No. 19-cv-02414 |
| SixtyOne Reade Pizza Inc., et. al. | ) |
| *Defendant* | ) |

**APPEARANCE OF COUNSEL**

To:    The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

SIXTYONE READE PIZZA, INC. and JOSEPH PATI         .

Date:    04/17/2019

/s/ Adam C. Wilner
*Attorney's signature*

Adam C. Wilner (AW-2304)
*Printed name and bar number*
Greenberg & Wilner, LLP
60 E. 42n Street, Suite 4000
New York, New York 10165

*Address*

awilner@gwlawny.com
*E-mail address*

(212) 953-2300
*Telephone number*

(212) 986-5994
*FAX number*