# GREENBERG & WILNER, LLP

COUNSELORS AT LAW

60 EAST 42ND STREET, SUITE 4000
NEW YORK, NEW YORK 10165

TELEPHONE: (212) 953-2300
WWW.GREEBERGANDWILNER.COM

April 17, 2019

VIA ECF
Honorable Alison J. Nathan
United States District Court – SDNY
40 Foley Square
New York, New York 10007

   Re: *Campos, et. al. v. Sixtyone Reade Pizza Inc., et. al.*
     Civil Case No. 19-cv-02414

Honorable Madame:

 My firm is currently counsel of record for the two Defendants in the above referenced action. Pursuant to your Honor's Individual Practices, the Defendants are respectfully requesting an extension of their deadline to file an Answer to the Plaintiffs'' Complaint. The original deadline to respond is April 26, 2019 and we are requesting an extension through and including May 17, 2019.

 The reason for the request is that we were just retained and need to review records of Defendants and interview witnesses so we may appropriately respond to the Complaint.

 There have been no previous requests to extend the deadline to Answer. This request does not impact any other deadlines in this case.

 We have conferred with counsel for Plaintiffs concerning this request and they have advised that they consent to our request for an extension. We greatly appreciate Your Honor's time and consideration of the within, and should the Court need any further information, we are available at the Court's convenience.

        Respectfully submitted,

        GREENBERG & WILNER, LLP

        /s/ *Adam C. Wilner*
        _____
        Adam C. Wilner (AW-2304)

cc: Via ECF and Email
     Plaintiffs' Counsel – jbarton@faillacelaw.com