# Michael Faillace & Associates, P.C.
### Employment and Litigation Attorneys

60 East 42nd Street, Suite 4510  
New York, New York 10165

Telephone: (212) 317-1200  
Facsimile: (212) 317-1620

jbarton@faillacelaw.com

December 6, 2019



**BY ECF**  
Honorable Judge Alison J. Nathan  
Thurgood Marshall  
United States Courthouse  
40 Foley Square  
New York, NY 10007

      Re:    *Rendon Campos et al v. Sixtyone Reade Pizza Inc. et al,*  
             *19-cv-02414*

Your Honor:

      This office represents plaintiffs Fermin Rendon Campos, Gregorio Garcia Maurelio and Octaviano Ramos de la Rosa Vivaldo ("Plaintiffs") in the above referenced matter. I write to respectfully request a two-week extension of the deadline to submit the parties' settlement materials, currently scheduled for today, December 6, 2019. This is the second request of its kind and is submitted with the consent of Defendants. [So Ordered]

      I was prepared to submit the parties' agreement to the Court today; however, I noticed that Defendants failed to properly execute a corporate confession securing the agreement. I discussed the discrepancy with defense counsel and advised him that Plaintiffs are not willing to finalize their agreement without sufficient security. Defense counsel indicated that he would endeavor to have his clients properly execute the confession within the next two weeks. As such, the parties respectfully request the deadline to submit their settlement materials be extended. If Defendants do not appropriately execute the corporate confession, Plaintiffs will ask for this case to be reopened and for discovery to resume.

      Thank you for your attention.

SO ORDERED: 12/9/19  
_____  
HON. ALISON J. NATHAN  
UNITED STATES DISTRICT JUDGE

Respectfully submitted,

/s/Jesse Barton  
Jesse Barton  
MICHAEL FAILLACE & ASSOCIATES, P.C.  
Attorneys for the Plaintiffs

*Certified as a minority-owned business in the State of New York*