UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Fermin Rendon Campos, *et al.*,

    Plaintiffs,

—v—

Sixtyone Reade Pizza Inc., *et al.*,

    Defendants.

19-cv-2414 (AJN)

ORDER

JAN 1 6 2020

ALISON J. NATHAN, District Judge:

    According to the Court's order of October 7, 2019, Dkt. No. 33, the parties should advise the Court within one week of submitting a settlement agreement whether they consent to proceed before the Magistrate Judge. The settlement agreement was submitted on December 23, 2019, but as of the date of this order, the Court is not in receipt of a response from the parties. If both parties consent to proceed before the Magistrate Judge, counsel shall file a fully executed Notice, Consent, and Reference of a Civil Action to a Magistrate Judge form, by January 21, 2020. If either party does not consent to conducting all further proceedings before the assigned Magistrate Judge, the parties must file a joint letter by January 21, 2020 advising the Court that the parties do not consent, but without disclosing the identity of the party or parties who do not consent. The parties are free to withhold consent without negative consequences.

SO ORDERED.

Dated: January 15, 2020
       New York, New York

_____
ALISON J. NATHAN
United States District Judge